# UNITED STATES DISTRICT COURT

**FOR** District of **PUERTO RICO**

UNITED STATES OF AMERICA
V.

OCTAVIO BAEZ-ARROYO

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Case Number:    03-CR-187 (02) (SEC)

USM Number:    23850-069

AFPD, HECTOR RAMOS-VEGA
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

X was found in violation of condition(s) Standard (2)(3) and Special (1) after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Standard Condition (2) | For failure to refrain from excessive use of alcohol and purchase, possess, use, distribute any controlled substance. | 03/28/06; 06/05/06 |
| Standard Condition (3) | For failure to answer truthfully all inquiries by the Probation Officer. | 03/28/06; 06/05/06 |
| Special Condition (1) | For failure to participate on a substance abuse treatment program arranged by the US Probation Officer and submit to laboratory testing as required. | 06/11/06 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

Defendant's Residence Address:

Defendant's Mailing Address:

SEPTEMBER 29, 2006
Date of Imposition of Judgment

S/ Salvador E. Casellas
Signature of Judge

SALVADOR E. CASELLAS, U.S. DISTRICT COURT
Name and Title of Judge

SEPTEMBER 29, 2006
Date

AO 245D    (Rev. 12/03 Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

| | |
|---|---|
| DEFENDANT: OCTAVIO BAEZ-ARROYO | Judgment — Page 2 of 2 |
| CASE NUMBER: 03-CR-187 (02) | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: **THIRTY-SIX (36) MONTHS. That the time that he has been incarcerated be credited to this sentence.**

[X] The court makes the following recommendations to the Bureau of Prisons:
**1- That defendant be provided with drug treatment while incarcerated.
2- That he serves his sentence in Miami, Florida.**

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:

    [ ] at _____ [ ] a.m. [ ] p.m. on _____.

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    [ ] before 2 p.m. on _____.

    [ ] as notified by the United States Marshal.

    [ ] as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL